IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**
FEB 18 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. CR 21-018 D |
| STEVEN DEWAYNE BERRY, a/k/a Bleed, | ) ) ) | Violations: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |
| Defendant. | ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Felon in Possession of a Firearm)**

On or about July 19, 2020, in Oklahoma County, in the Western District of Oklahoma,

---------------------------------- STEVEN DEWAYNE BERRY,
a/k/a Bleed, ---------------------------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Rossi, model M851, .38 special revolver, bearing serial number J088307, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Felon in Possession of Firearms)

On or about January 5, 2021, in Oklahoma County, in the Western District of Oklahoma,

-------------------------------- **STEVEN DEWAYNE BERRY,**
               **a/k/a Bleed,** -------------------------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit:

1. a Walther, model PPX, 9mm Luger semi-automatic pistol, bearing serial number FAO194; and

2. a Colt, model 1911 Mk IV Officer's ACP, Series 80, .45 ACP caliber semi-automatic pistol, bearing serial number FA17937,

which were in and affecting interstate commerce in that said firearms had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 or 2 of this Indictment, **STEVEN DEWAYNE BERRY** shall forfeit to the United States any firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Rossi, model M851, .38 special revolver, bearing serial number J088307;

2. a Walther, model PPX, 9mm Luger semi-automatic pistol, bearing serial number FAO194;

3. a Colt, model 1911 Mk IV Officer's ACP, Series 80, .45 ACP caliber semi-automatic pistol, bearing serial number FA17937;

4. approximately 49 rounds of .38 special ammunition; and

5. any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

CHELSIE A. PRATT
DANIELLE M. CONNOLLY
Assistant United States Attorneys

3